IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LENNIE FULWOOD, III,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　**Case No. 4:19-cv-294-AW-CAS**

**STEVEN REEVES, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

The Court has considered the magistrate judge's November 12, 2019 report and recommendation (ECF No. 8). No objections have been filed. The Court concludes the report and recommendation should be accepted.

It is now ORDERED:

1. The Report and Recommendation is accepted and adopted as the Court's order.

2. The Clerk will enter a judgment that says, "This matter is dismissed without prejudice for failure to comply with a court order and for lack of prosecution."

3. The Clerk will close the file.

SO ORDERED on December 20, 2019.

                                                 s/ *Allen Winsor*
                                               United States District Judge